445 A.2d 209

Commonwealth v. Birdsong, Appellant.
Petition for Allowance of Appeal Denied Aug. 20, 1982.

Submitted January 26, 1982. Kalvin Kahn, for appellant; Eric I. B. Beller, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.

POPOVICH, J., concurred in the result.